

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2017

No. 04-16-00818-CV

**IN THE INTEREST OF K.M.T., D.S.T., JR., I.H.R., L.M.R., AND B.J.R., CHILDREN,**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-0112-CV
Honorable William Old, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Irene Rios, Justice

The Panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk